UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAHDEEN ROBERTSON,<br><br>            Plaintiff,<br><br>       v.<br><br>RODNEY JACKSON,<br><br>            Defendant. | No.  2:16-cv-1871-JAM-EFB P<br><br><br>ORDER |

Pursuant to the "Notice of Settlement" filed by defendant, the above-captioned case has settled. *See* ECF No. 22. Accordingly, the court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order. All dates set in this matter are VACATED.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: July 24, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE