LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No. 84189
Peter C. Zilaff, CSB No. 272658
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant, RODNEY JACKSON

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAHDEEN ROBERTSON, #G-19614,<br><br>  Plaintiff,<br><br>vs.<br><br>RODNEY JACKSON-CORRECTIONAL OFFICER,<br><br>  Defendant.<br><br>SUED IN INDIVIDUAL AND OFFICIAL CAPACITY | Case No. 2:16-cv-1871 JAM EFB P<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; DECLARATION OF PETER C. ZILAFF IN SUPPORT OF AND [~~PROPOSED~~] ORDER** |

COMES NOW Defendant Rodney Jackson and hereby requests an extension of 45 days to file dispositional documents. On July 18, 2017 a Notice of Settlement was filed in this case. (ECF 22). On July 24, 2017 the Court issued an Order to file dispositional documents no later than sixty (60) days from the date of the Order. (ECF 23). As detailed in the attached declaration, Plaintiff, who is in pro per, is in receipt of the dispositional documents and has indicated on two occasions that he has signed and is sending such documents to defense counsel's office. As of the date of this filing, defense counsel has yet to receive the signed agreement. Therefore, Defendant respectfully requests the Court grant an extension of the filing date by 45 days.

/ / /

/ / /

REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; DECLARATION OF
PETER C. ZILAFF IN SUPPORT OF AND [~~PROPOSED~~] ORDER

Page 1

| | | |
|---|---|---|
| Dated: September 18, 2017 | | LONGYEAR, O'DEA & LAVRA, LLP |

By: _/S/: Peter C. Zilaff_                .
      VAN LONGYEAR
      PETER C. ZILAFF
      Attorneys for Defendant,
      RODNEY JACKSON

REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; DECLARATION OF PETER C. ZILAFF IN SUPPORT OF AND [P~~ROPOSED~~] ORDER

Page 2

## DECLARATION OF PETER C. ZILAFF

I, PETER C. ZILAFF, declare:

1. I am an attorney licensed to practice before all the courts of the State of California and the United States District Court for the Eastern District. I am an associate at Longyear, O'Dea and Lavra, LLP.

2. I am the attorney of record for the defendants in the above-entitled matter.

3. On June 20, 2017, the parties reached a settlement agreement. Defense counsel agreed to memorialize the terms in a formal Settlement Agreement and Release.

4. On June 26, 2017, my office sent Plaintiff the Settlement Agreement and Release, Stipulation for Voluntary Dismissal, and Payee Data form (required by the State of California) for review and signature.

5. Between June 26, 2017 and July 17, 2017, I left several messages for Mr. Robertson regarding status of the dispositional documents. On July 17, 2017, I sent an email in follow up to the phone messages in attempt to have Mr. Robertson sign and return the dispositional documents.

6. On July 25, 2017, I sent another letter to Mr. Robertson informing him of the Court's July 24, 2017 Order to file dispositional documents. I again enclosed additional copies of the dispositional documents for him to review and sign.

7. On July 31, 2017, I spoke to Mr. Robertson regarding the negotiated settlement and Mr. Robertson advised me that he was in receipt of the documents and that he had signed the documents and was on the way to the post office to mail to my office.

8. On August 16, 2017, I left two voicemails regarding the status of the dispositional documents. I sent an email in follow up to the phone messages. I attached a copy of the Court's July 24, 2017 Order for his reference.

9. My office contacted Mr. Robertson on September 1, 2017. Mr. Robertson indicated that he had the dispositional documents in hand, had signed them, and would be putting the signed documents in the mail that day.

/ / /

REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; DECLARATION OF PETER C. ZILAFF IN SUPPORT OF AND [PROPOSED] ORDER

Page 3

10. On September 13, 2017, my office called and left a voicemail message requesting status of said documents. As of this date I have not received the documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was signed on the 18th day of September 2017, Sacramento, California.

By: */s/ Peter C. Zilaff*

      PETER C. ZILAFF

REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; DECLARATION OF PETER C. ZILAFF IN SUPPORT OF AND [~~PROPOSED~~] ORDER

Page 4

[~~PROPOSED~~] ORDER

The Court having reviewed Defendant's request for an extension of time to file dispositional documents hereby grants said request.

Dispositional documents are to be filed 45 days from the date of this Order.

Dated: September 20, 2017.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE